## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DWAYNE SHAMAR WILLIAMS,

       Plaintiff,

-vs-                                     Case No.  8:07-cv-2155-T-30TGW

KIRK P. BRUNNER, et al.,

       Defendants.

_____/

## <u>ORDER</u>

Before the Court is Plaintiff's Notice to Dismiss (Dkt. 8) in which he states that he consents to the Court dismissing his case,[1] and requests the Court send notice to Pinellas County Jail to remove the lien on his prison trust account for the $350.00 filing fee imposed in this action (See Dkt. 6).

Pursuant to 28 U.S.C. § 1915(b), payment of the filing fee is mandatory.  "The dismissal of a complaint under § 1915(e)(2) or § 1915A does not negate a prisoner's obligation to pay the filing fee in accordance with § 1915(b)(1)-(2)." *McGore v. Wrigglesworth*, 114 F.3d 601, 608 (6th Cir. 1997); *overruled on other grounds by Jones v. Bock*, 127 S. Ct. 910 (2007); *see also*, *Ross v. Pasternak*, 2005 U.S. Dist. LEXIS 36167, *11 (M.D. Fla. 2005)("Plaintiff became liable for payment of the $ 250.00 filing fee when he initiated this case. Subsequent dismissal

---

[1]On January 24, 2008, the Court dismissed Plaintiff's complaint without prejudice to filing an amended complaint within thirty days (Dkt. 7).  The Court warned Plaintiff that if he did not file an amended complaint within thirty days, the Clerk of Court, without further notice, would enter a judgment of dismissal of this action with prejudice (Id at 6-7).

of the case does not relieve him of his obligation to pay the filing fee.").

ACCORDINGLY, the Court **ORDERS** that:

1.      Plaintiff's motion for an order directing the Pinellas County Jail to remove the lien on his prison trust account for the filing fee in this action (Dkt. 8) is **DENIED**.

2.      The **Clerk of Court** shall dismiss this action without prejudice, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 28, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc

Copy to: Plaintiff *pro se*

2